dence. Defendant appeals. Reversed. W. Smith O'Brien, for appellant. E. A. Griffith, for respondent.

WILLIAMS, J. The judgment and orders should be reversed, and a new trial granted, with the costs of these appeals to the party finally successful in the action. The action was brought to recover damages for personal injuries alleged to have resulted from defendant's negligence. The plaintiff slipped and fell upon ice on the sidewalk, and claimed to have sustained therefrom such serious injuries that the jury gave her a verdict of $3,500. Without going into details, we think the jury was justified in finding the defendant guilty of negligence, which caused the accident, and that the plaintiff was free from contributory negligence. We would not want to reverse upon either of these questions as matter of fact. The troublesome questions arise with reference to the extent of the injuries caused by her fall; that is, whether plaintiff's condition after the accident was the result of the fall, or of a diseased condition existing before that time. To the mind of those not skilled in medical science, it seems as though a fall such as the plaintiff had would hardly result, so soon after, in the condition she was found to be in when the several surgical operations were performed. There was serious controversy as to this question on the trial, and then upon the motion for another trial, on the ground of newly discovered evidence, further evidence was given in affidavits. I do not think it well to enter upon a discussion of the evidence in detail. I am not satisfied the verdict was right, or that justice was done thereby. I think there should be a new trial, and the defendant should have another chance to submit the case to a jury. Judgment and orders reversed, and new trial ordered, with costs to abide event, upon questions of law and fact.

SPRING and KRUSE, JJ., dissent.

VAN DER LEITH, Respondent, v. STINES, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Charles H. Van Der Leith against Burton F. Stines. No opinion. Judgment of the Municipal Court affirmed, with costs.

VANIRA, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Lu Vanira against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

VAN RENSSELAER, Respondent, v. POEHN, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) Action by Florence T. Van Rensselaer against Emil H. Poehn. No opinion. Judgment of the Municipal Court affirmed, with costs.

VASS, Respondent, v. MARSHALL et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Alfred E. Vass, individually, etc., against Chester Marshall, Gertrude V. Sturdevant, and William Seil, impleaded with others. No opinion. Judgment affirmed, with costs and disbursements to the plaintiff, respondent, and the defendant Ferguson, respondent, against the defendant and appellant Gertrude V. Sturdevant.

VASS, Respondent, v. SEIL et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Alfred E. Vass, individually, etc., against William Seil and others. No opinion. Motion to dismiss the appeal of the defendants William Seil and Chester Marshall granted, with $10 costs and disbursements to the plaintiff.

VERNELL, Respondent, v. CENTRAL NEW ENGLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Jennie Vernell, as administratrix, etc., against the Central New England Railway Company. No opinion. Motion denied, with costs.

VIRGINIA HOTEL CO., Appellant, v. NAUGHTON et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) Action by the Virginia Hotel Company against Bernard Naughton and Daniel F. McMahon. No opinion. Judgment unanimously affirmed, with costs.

WADING RIVER REALTY CO., Appellant, v. SOPER, Respondent. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by the Wading River Realty Company against Gilbert E. Soper. A. C. Hume, for appellant. P. Armitage, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WAGGONER v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, Fourth Department, October 20, 1909.) Action by Delia Waggoner, as executrix, etc., against the Lehigh Valley Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

WAGNER, Appellant, v. FARMERS' LOAN & TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. October 22, 1909.) Action by Cecelia G. Wagner, as executrix, against the Farmers' Loan & Trust Company. W. H. Ostrander, for appellant. J. V. V. Olcott, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

WAGNER et al., Respondents, v. WORTIS et al., Appellants. (Supreme Court, Appellate

Division, Second Department. June 18, 1909.) Action by Herman A. Wagner and others against Morris Wortis and others. No opinion. Judgment affirmed, with costs.

WAINSTEIN et al., Respondents, v. S. FOX CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Abraham Wainstein and another against the S. Fox Construction Company. No opinion. Motion to dismiss appeal denied, without costs.

WALL, Respondent, v. STANFIELD et al., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by James B. Wall against Thomas C. Stanfield and another.
PER CURIAM. Judgment affirmed, with costs.
KRUSE, J., not sitting.

WALLACE et al., Appellants, v. DIEHL et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Margaretta Wetherill Wallace and William E. Diehl, as executors, etc., against Charles W. Diehl and others. No opinion. Interlocutory judgment, in so far as appealed from, affirmed, with costs.

WALSH, Respondent, v. CONEY ISLAND & B. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by William L. Walsh, an infant, by Mary Walsh, his guardian ad litem, against the Coney Island & Brooklyn Railroad Company and another. No opinion. Judgment and order unanimously affirmed, with costs.

WARREN, Respondent, v. CLERGUE, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Charles D. Warren against Francis H. Clergue. C. E. Littlefield, for appellant. A. Benedict, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WARREN v. CRAMP & CO. et al. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by William S. Warren against Cramp & Co. and others. No opinion. Motion to dismiss appeal granted, with costs.

WASON, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Edith I. Wason against the City of New York. No opinion. Order affirmed, with $10 costs and disbursements.

WATKINS, Appellant, v. DELAHUNTY, Respondent. (Supreme Court, Appellate Divi-

sion, Second Department. October 12, 1909.) Action by Thomas C. Watkins against John Delahunty. No opinion. Motion to resettle order granted. See, also, 117 N. Y. Supp. 885.

WEAVER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1909.) Action by Barton Weaver against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

WEBSTER, Appellant, v. COLUMBIAN NAT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Anna C. M. Webster against the Columbian National Life Insurance Company. J. J. Crawford, for appellant. J. H. Choate, Jr., for respondent.
PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.
LAUGHLIN, J., dissents. See, also, 116 N. Y. Supp. 404.

WELLS, Respondent, v. HOWARD et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Charles M. Wells against William J. Howard and another. No opinion. Motion to resettle order granted, without costs.

WESTCOTT CHUCK CO., Appellant, v. ONEIDA NAT. CHUCK CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by the Westcott Chuck Company against the Oneida National Chuck Company.
PER CURIAM. Judgment affirmed, with costs. See, also, 122 App. Div. 260, 106 N. Y. Supp. 1016.
CHESTER, J., dissents.

WESTERN NEW YORK & P. TRACTION CO., Respondent, v. ERIE R. CO., Appellant (two cases). (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by the Western New York & Pennsylvania Traction Company against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

In re WEST 163d ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division. First Department. June 25, 1909.) In the matter of the City of New York, for West 163d Street. With this case has been consolidated in this court cases bearing titles as follows: In re West 162d St. in the City of New York; In re West 161st St. in the City of New York; and In re West 160th St. in the City of New York. No opinions. Motions to dismiss appeals granted, with $10 costs. Orders filed.

WHELPLEY, Respondent, v. HOLCOMB, Appellant. (Supreme Court, Appellate Divi-